UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

POLANCO,

                         Plaintiff,

         -v-

UNITED STATES,

                       Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020

19-cv-1409 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:


      It is hereby ORDERED trial in this case is scheduled to begin at 10:00 a.m. on July 10, 2020, in Courtroom 15(C) of the United States Courthouse at 500 Pearl St. New York, NY 10007. It is further ORDERED that a joint-pretrial order, and briefing on any pretrial motions, are to be fully submitted no later than July 3, 2020.


SO ORDERED. Dated:

   March 30, 2020
   New York, New York            _____
                             LEWIS J. LIMAN
                          United States District Judge