```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
LUIS POLANCO,                                                  :
                                                               :
                        Plaintiff,                             :
                                                               :      19-cv-1409 (LJL)
        -v-                                                    :
                                                               :      ORDER
UNITED STATES OF AMERICA,                                      :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020

LEWIS J. LIMAN, United States District Judge:

A bench trial is scheduled to begin in this case on October 13, 2020. There is a final pretrial conference scheduled on October 8, 2020 at 10:00 a.m. That conference will proceed as scheduled by TELEPHONE CONFERENCE. At that date and time, the parties are directed to dial the Court's conference line at 888-251-2909 (access code: 2123101).

In addition, a status conference to discuss logistics for trial will be held on Tuesday, October 6, 2020 at 4:00 p.m., also by telephone conference, using the same dial-in details above.

SO ORDERED.

Dated: October 5, 2020  
      New York, New York  
                                      LEWIS J. LIMAN  
                                 United States District Judge