*Luis Polanco v. United States*, 19 Civ. 1409 (LJL)

## EXHIBIT LIST

| Exhibit No. | Exhibit Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | March 6, 2017 Photograph of Plaintiff's motor vehicle (Moya Gamboa Photo 1) | | |
| 2 | March 6, 2017 Photograph of Plaintiff's motor vehicle (Moya Gamboa Photo 2) | | |
| 3 | March 6, 2017 Photograph of Plaintiff's motor vehicle (Moya Gamboa Photo 3) | | |
| 4 | March 6, 2017 Photograph of Plaintiff's motor vehicle (Moya Gamboa Photo 4) | | |
| 5 | March 6, 2017 photograph of Plaintiff's motor vehicle (Moya Gamboa Photo 5) | | |
| 6 | March 6, 2017 photograph of Plaintiff's motor vehicle (Moya Gamboa Photo 6) | | |
| 7 | March 6, 2017 photograph of Plaintiff's motor vehicle (Moya Gamboa Photo 7) | | |
| 8 | March 6, 2017 photograph of Plaintiff's motor vehicle (Moya Gamboa Photo 8) | | |
| 9 | March 6, 2017 Photograph of Defendant's motor vehicle (Moya Gamboa Photo 9) | | |
| 10 | March 6, 2017 Photograph of Defendant's motor vehicle (Moya Gamboa Photo 10) | | |
| 11 | March 6, 2017 photograph of Defendant's motor vehicle (Moya Gamboa Photo 11) | | |
| 12 | March 6, 2017 photograph of Defendant's motor vehicle (Moya Gamboa Photo 12) | | |
| 13 | Smart Choice Medical P.C. medical records (SC000001-218) | | |
| 14 | CitiMed Radiology records, including MRI images (CM00001-43) | | |

Court Exhibit 1

*Luis Polanco v. United States*, 19 Civ. 1409 (LJL)

| Exhibit No. | Exhibit Description | Date Identified | Date Admitted |
|---|---|---|---|
| 15 | New York Presbyterian Allen Hospital medical records (NYP000043-251) | | |
| 16 | Cohen & Kramer, MD PC medical records (CK000001-33) | | |
| 17 | Dr. Paveen Kumrah medical records (PK000001-49) | | |
| 18 | Dr. Alan Go medical records (AG000001-14) | | |
| 19 | Dr. Jason Gallina medical records | | |
| 20 | Estimate and invoice from JG & Tony Auto Body Repair Inc. (US000159-61) | | |
| 21 | SF-91 NOAA accident report (US000005-13) | | |
| 22 | Bosch Crash Data Retrieval Report for Plaintiff's Toyota Highlander motor vehicle dated December 5, 2019 | | |
| 23 | Bosch Crash Data Retrieval Report for Government Ford C-Max motor vehicle dated November 14, 2019 | | |
| 24 | December 5, 2019 photograph of Plaintiff's motor vehicle (Bizzak Photo 1) | | |
| 25 | December 5, 2019 photograph of Plaintiff's motor vehicle (Bizzak Photo 2) | | |
| 26 | November 14, 2019 photograph of Defendant's motor vehicle (Bizzak Photo 3) | | |