**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUIS POLANOC,

                Plaintiff,                              19 **CIVIL** 1409 (LJL)

      -against-                                 **JUDGMENT**

UNITED STATES,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Findings of Fact and Conclusions of Law dated November 5, 2020, Judgment is entered for Defendant, and the case is closed.

**DATED:** New York, New York
             November 5, 2020

                                                          **RUBY J. KRAJICK**
                                                         _____
                                                           **Clerk of Court**

                                     **BY:** _____
                                                           **Deputy Clerk**